IN THE SUPREME COURT OF TENNESSEE

AT NASHVILLE

FILED

**January 4, 1999**

**Cecil W. Crowson**
**Appellate Court Clerk**

**NOT FOR PUBLICATION**

**Filed: January 4, 1999**

| | | |
|---|---|---|
| MICHELLE CREIGHTON TERRY, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| | ) | DAVIDSON CIRCUIT |
| Vs. | ) | |
| | ) | No. 01-S-01-9709-CV-00180 |
| | ) | |
| GARY D. NIBLACK, M.D. and | ) | |
| LABORATORY INVESTMENTS, | ) | |
| INC., D/B/A GENE PROOF | ) | |
| TECHNOLOGIES, | ) | |
| | ) | |
| Appellants. | ) | |

**ORDER ON PETITION TO REHEAR**

The appellants, Gary D. Niblack and Laboratory Investments, Inc., d/b/a

Gene Proof Technologies, have filed a Petition to Rehear issues raised in this

Court's opinion issued on November 16, 1998. We have reviewed all of the

arguments raised in the petition, and we find them to be without merit.

Accordingly, after due consideration, it is ORDERED that the Petition to

Rehear is denied.

PER CURIAM